

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2021

No. 04-21-00115-CV

**UNIVERSITY OF THE INCARNATE WORD,**
Appellant

v.

Valerie **REDUS**, Individually, and Robert M. Redus, Individually, and as Administrator of the
Estate of Robert Cameron Redus,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07249
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. Appellant's brief is due June 28,
2021.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 24th day of May, 2021.

MICHAEL A. CRUZ, Clerk of Court